Bryan L. Sells, PHV pending
Law Offices of Bryan Sells LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212
bryan@bryansellslaw.com

Timothy Bechtold
Bechtold Law Firm, PLLC
PO Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS BRECK, DANIELLE BRECK, and STEVE KELLY, | CV 17-36-M-DLC |
| Plaintiffs, | PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| vs. | |
| COREY STAPLETON, in his official capacity as Secretary of State of the State of Montana, | |
| Defendant. | |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the plaintiffs respectfully move the Court for a temporary restraining order and preliminary injunction prohibiting the Secretary of State from enforcing Montana's ballot-access scheme against them in the May 25, 2017 special congressional election and from failing to print their names on the ballot. The first round of these ballots must go out by Monday April 10, 2017, so the Plaintiffs respectfully request that the Court issue an injunction sufficiently in advance of that date.

Respectfully submitted this 22nd day of March, 2017.

/s/ Bryan Sells*
Georgia Bar No. 635562
Law Offices of Bryan Sells LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212
bryan@bryansellslaw.com
* *pro hac vice pending*

/s/ Timothy Bechtold
Bechtold Law Firm, PLLC
PO Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

## CERTIFICATE OF SERVICE

At this early point in the case, no attorney has yet made an appearance for Defendant Secretary of State Corey Stapleton.  However, I hereby certify that on March 22, 2017, I attempted service of the foregoing document upon the Defendant by emailing a copy to the following attorneys by electronic mail:

Tim Fox
Montana Attorney General
contactdoj@mt.gov

Jeffrey Hindoien
Montana Secretary of State Legal Counsel
jeffrey.hindoien@mt.gov


/s/ Timothy Bechtold

Attorney for the Plaintiffs