IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS BRECK, DANIELLE BRECK, and STEVE KELLY, | CV-17-36-M-BMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| COREY STAPLETON, in his official capacity as Secretary of State of the State of Montana, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 3) on **Tuesday, April 4, 2017 at 3:00 p.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 25th day of March, 2017.

_____
Brian Morris
United States District Court Judge