IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS BRECK, et al., | 9:17-cv-00036-M-BMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| COREY STAPLETON, in his official capacity as Secretary of State of the State of Montana, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Plaintiff's Unopposed Motion for Leave to Present Testimony by Video Conference (ECF No. 16) is **GRANTED**.

DATED this 3rd day of April, 2017.

Brian Morris
United States District Court Judge