BRYAN L. SELLS
Law Office of Bryan L. Sells, LLC
P.O. Box 5493
Atlanta, GA  31107
T: 404.480.4212
bryan@bryansellslaw.com

Counsel for Plaintiffs

JEFFREY M. HINDOIEN
Special Assistant Attorney General
Montana Secretary of State
P.O. Box 202801
Helena, MT  59620-2801
T:  406.444.6197
Jeffrey.Hindoien@mt.gov

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| THOMAS BRECK, DANIELLE BRECK, and STEVE KELLY, | CV   17-36-M-BMM |
| Plaintiffs, | |
| v. | **JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION** |
| COREY STAPLETON, in his official capacity as Secretary of State of the State of Montana, | |
| Defendant. | |

COMES NOW the Plaintiffs and Defendant in the above-captioned matter, by and through counsel, and hereby jointly stipulate and move the Court for the entry of an Order (1) granting a permanent injunction in the above-captioned matter and (2) awarding attorneys' fees to the Plaintiffs.

Pursuant to L.R. 7.1(c)(3), a proposed *Order Granting Permanent Injunction* accompanies this Motion.

DATED this 24th day of July, 2017.

By: /s/ Bryan L. Sells
Bryan L. Sells

Counsel for Plaintiff


By: /s/ Jeffrey M. Hindoien
Jeffrey M. Hindoien

Counsel for Defendant