IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS BRECK, DANIELLE BRECK, DOUG CAMPBELL, AND STEVE KELLY,<br><br>          Plaintiffs,<br><br>  vs.<br><br>CORY STAPLETON, in his official capacity as Secretary of State of the State of Montana,<br><br>          Defendant. | CV 17-36-M-BMM<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order (Doc. 32) dated this date and permanent injunction having been granted, judgment is entered in favor of Plaintiffs and against Defendant. In addition, Plaintiffs are awarded reasonable attorneys' fees and costs in the amount of $56,000.

     Dated this 24th day of July, 2017.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Nicole Stephens
                                      Nicole Stephens, Deputy Clerk